IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Consumers' Research, et al.,<br>　　　　　　　　Petitioners,<br><br>　　　v.<br><br>Federal Communications Commission<br>　and United States of America,<br>　　　　　　　　Respondents. | No. 23-60525 |

**CONSENT MOTION TO HOLD IN ABEYANCE**

The Federal Communications Commission and the United States, the respondents in this case, respectfully move to hold this case in abeyance until this Court issues a ruling in a closely related case, *Consumers' Research v. FCC*, No. 22-60008, which was reheard by the Court en banc on September 19, 2023. Counsel for the Commission has conferred with counsel for the petitioners, and we are authorized to represent that the petitioners consent to this motion.

In this case, petitioners challenge the FCC's universal service contribution factor for the fourth quarter of 2023. In No. 22-60008, petitioners challenge the FCC's universal service contribution factor for the first quarter of 2022. In both cases, petitioners raise the same claims.[1]

---

[1] The Court previously granted consent motions to hold No. 22-60195, No. 22-60363, and No. 23-60359 in abeyance. In those cases, the same petitioners challenge the FCC's universal service contribution factors for the second and third quarters of 2022 and the third quarter of 2023, raising the same substantive claims that are presented in No. 22-60008.

Because these cases involve the same parties and the same legal issues, it would best serve the interest of judicial economy and efficiency for the Court to hold this case in abeyance until it issues a ruling in No. 22-60008.

For these reasons, the Court should grant this consent motion to hold this case in abeyance pending a ruling by the Court in No. 22-60008.

Respectfully submitted,

/s/Gerard Sinzdak

| | |
|---|---|
| Mark B. Stern | P. Michele Ellison |
| Gerard Sinzdak | General Counsel |
| Attorneys, Appellate Staff | |
| Civil Division, Room 7242 | |
| U.S. Department of Justice | Jacob M. Lewis |
| 950 Pennsylvania Ave., N.W. | Deputy General Counsel |
| Washington, DC  20530 | |
| (202) 514-0718 | |

/s/James M. Carr

James M. Carr
Counsel

Federal Communications Commission
Washington, DC  20554
(202) 418-1740

October 10, 2023

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>236</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____ .

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on October 10, 2023, I filed the foregoing Consent Motion to Hold in Abeyance with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740