# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60525    Consumers' Research v. FCC
                         Agency No. 96-45

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

Mr. James Michael Carr
Mr. R. Trent McCotter