# United States Court of Appeals for the Fifth Circuit

No. 23-60525

Consumers' Research; Cause Based Commerce, Incorporated; Edward J. Blum; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kirby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 96-45

ORDER:

IT IS ORDERED that Respondents' unopposed motion to stay further proceedings in this case pending the court's ruling in related case No. 22-60008, *Consumers' Research v. FCC*, is GRANTED.

_____
Cory T. Wilson
*United States Circuit Judge*